# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145842

IN RE STONER

LARRY ROBERT STONER,

     Plaintiff-Appellant,

v

                                         SC: 145842
                                         CoA: 309041

WASHTENAW CIRCUIT COURT JUDGE,

     Defendant-Appellee.
_____

     On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 13, 2012, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2012

jam

                                         Clerk